**Order entered September 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00982-CV

### WILLIAM D. SHEETZ, Appellant

### V.

### YOLANDA SLAUGHTER, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. 08-10401-A**

## ORDER

We **GRANT** the September 18, 2014 motion of Cathye Moreno, Official Court Reporter

for County Court at Law No. 1 of Dallas County, Texas, for an extension of time to file the

reporter's record. The reporter's record shall be filed on or before **October 2, 2014**.


/s/     CRAIG STODDART
           JUSTICE